UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CEDAR LANE TECHNOLOGIES, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **THORLABS INC.**, <br><br> Defendant. | Civil Action No. 6:22-CV-53-ADA |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** John M. Hintz with the firm Maynard, Cooper & Gale, P.C. hereby enters an appearance as counsel of record for Defendant Thorlabs Inc. in the above-captioned action.

Respectfully submitted,

Dated:  February 9, 2022

*/s/ John M. Hintz*
John M. Hintz (*admitted in W.D. Texas*)
Maynard, Cooper & Gale, P.C.
551 Fifth Avenue, Suite 2000
New York, NY  10176
(646) 609-9280
jhintz@maynardcooper.com

*Attorneys for Defendant Thorlabs Inc.*

Of Counsel:

Charles Quinn
McElroy, Deutsch, Mulvaney & Carpenter
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ  07962-2075
973-993-8100
cquinn@mdmc-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2022, the foregoing document was caused to be served on Plaintiff through its counsel by the Court's CM/ECF system.

*/s/ John M. Hintz*
John M. Hintz
